1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771

FILED

DEC 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  CR. NO. 2:11-CR-0543 MCE
                               )
              Plaintiff,       )  ORDER TO SEAL
     v.                        )  (UNDER SEAL)
                               )
THANG QUOC NGUYEN,             )
                               )
              Defendant.       )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Matthew G. Morris to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 12-22-2011

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1