DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THANG QUOC NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THANG QUOC NGUYEN,<br><br>　　　　　Defendant. | NO. CR-S-11-543 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:　March 29, 2012<br>Time:　9:00 a.m.<br>Judge:　Morrison C. England, Jr. |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, THANG QUOC NGUYEN, that the status conference hearing date of Thursday, March 22, 2012, be vacated and a new status conference hearing date of Thursday, March 29, 2012, at 9:00 a.m., be set.

　　　　The reason for this continuance is because additional time is needed for defense preparation and for meetings between the parties with the goal being to resolve this case by way of disposition.

　　　　It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order, through and including March 29, 2012, pursuant to 18 U.S.C.

///

///

///

1  §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served
2  by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.
3  Dated: March 19, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
THANG QUOC NGUYEN

Dated: March 19, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 28, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 22, 2012, be vacated and that the case be set for **Thursday, March 29, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 29, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE