1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  THANG QUOC NGUYEN

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 2:11-cr-00543-MCE
                                    )
12              Plaintiff,          )
                                    )   **STIPULATION AND ORDER TO CONTINUE**
13       v.                         )   **STATUS CONFERENCE AND TO EXCLUDE**
                                    )   **TIME**
14 THANG QUOC NGUYEN,               )
                                    )   Date:  April 26, 2012
15              Defendant.          )   Time:  9:00 a.m.
                                    )   Judge: Morrison C. England, Jr.
16 _____  )

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant

19 Federal Defender, attorney for Defendant, THANG QUOC NGUYEN, that the status conference set for

20 Thursday, March 29, 2012, be vacated and a new status conference / possible change of plea hearing date of

21 Thursday, April 26, 2012, at 9:00 a.m., be set.

22       The reason for this continuance is because counsel for the United States is in the process of preparing

23 a proposed plea agreement to defense counsel.  Defense counsel will need additional time to review the

24 forthcoming plea agreement with Mr. Nguyen once it is received.

25 ///

26 ///

27 ///

28 ///

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order, through and including April 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  March 27, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
THANG QUOC NGUYEN

Dated:  March 27, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

2

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 29, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, March 29, 2012, be vacated and that the case be set for **Thursday, April 26, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including April 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:   March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE