DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THANG QUOC NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THANG QUOC NGUYEN,<br><br>    Defendant. | NO. CR-S-11-543 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:  May 10, 2012<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, THANG QUOC NGUYEN, that the status conference / possible change of plea hearing set for Thursday, April 26, 2012, be vacated and a new status conference / possible change of plea hearing date of Thursday, May 10, 2012, at 9:00 a.m., be set.

The reason for this continuance is because defense counsel needs additional time to review the proposed plea agreement with the client.

It is further stipulated that the time for trial under the Speedy Trial Act should be excluded from the date of the signing of this order, through and including May 10, 2012, pursuant to 18 U.S.C.

/ / /

/ / /

/ / /

§3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served by granting the continuance outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  April 25, 2012

|  | Respectfully submitted, |
|---|---|
|  | DANIEL J. BRODERICK<br>Federal Defender |
|  | /s/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>THANG QUOC NGUYEN |
| Dated:  April 25, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | /s/ Matthew C. Bockmon for<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 27, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference / possible change of plea hearing currently scheduled for Thursday, April 26, 2012, be vacated and that the case be set for **Thursday, May 10, 2012, at 9:00 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including May 10, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: April 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE