```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:11-CR-00543-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) PRELIMINARY ORDER OF<br>) FORFEITURE |
| THANG QUOC NGUYEN, | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Thang Quoc Nguyen it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1029(c), defendant Thang Quoc Nguyen's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Dell Latitude D360, service tag HY1DPD1;

   b. Clear Personal Hotspot S/N IFM-00060961; and

   c. Dell Monitor S/N CN-0CC639-72872-5BM-550L.

///

///

1     2.  The above-listed property constitutes property used or
2 intended to be used to commit a violation of 18 U.S.C. §
3 1029(a)(5).
4     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the
7 Department of Homeland Security, Customs and Border Protection,
8 in its secure custody and control.
9     4.  a.  Pursuant to 18 U.S.C. § 1029(c)(2), incorporating
10 21 U.S.C. § 853(n), and Local Rule 171, the United States shall
11 publish notice of the order of forfeiture.  Notice of this Order
12 and notice of the Attorney General's (or a designee's) intent to
13 dispose of the property in such manner as the Attorney General
14 may direct shall be posted for at least 30 consecutive days on
15 the official internet government forfeiture site
16 [www.forfeiture.gov](http://www.forfeiture.gov).  The United States may also, to the extent
17 practicable, provide direct written notice to any person known to
18 have alleged an interest in the property that is the subject of
19 the order of forfeiture as a substitute for published notice as
20 to those persons so notified.
21       b.  This notice shall state that any person, other than
22 the defendant, asserting a legal interest in the above-listed
23 property, must file a petition with the Court within sixty (60)
24 days from the first day of publication of the Notice of
25 Forfeiture posted on the official government forfeiture site, or
26 within thirty (30) days from receipt of direct written notice,
27 whichever is earlier.
28 ///

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1029(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: June 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE