```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br> THANG QUOC NGUYEN,                )<br>                                   )<br>            Defendant.             )<br>_____) | CASE NO. 2:11-CR-00543-MCE<br><br>FINAL ORDER OF FORFEITURE |

   WHEREAS, on June 25, 2012, the Court entered the Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1029(c)(2), based upon the plea agreement entered into between plaintiff and defendant Thang Quoc Nguyen forfeiting to the United States the following property:

        a.   Dell Latitude D360, service tag HY1DPD1;

        b.   Clear Personal Hotspot S/N IFM-00060961; and

        c.   Dell Monitor S/N CN-0CC639-72872-5BM-550L.

   AND WHEREAS, beginning on June 27, 2012, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1029(c), to be disposed of according to law, including all right, title, and interest of Thang Quoc Nguyen.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U. S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: December 26, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE